# Court of Appeals
# of the State of Georgia

ATLANTA,  August 15, 2025

*The Court of Appeals hereby passes the following order:*

## A26D0014. ANTON MARQUITA v. OREI WILDCREEK PROPERTY OWNER, LLC d/b/a WILDCREEK APARTMENTS.

On July 10, 2025, the magistrate court entered a writ of possession in favor of the landlord in this dispossessory action. On July 18, 2025, tenant Anton Marquita filed this application seeking discretionary review of the magistrate court's order. We, however, lack jurisdiction.

"[T]he only avenue of appeal available from a magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Tate v. Habif*, 367 Ga. App. 435, 438-439 (2) (886 SE2d 389) (2023) (punctuation omitted). Where an application for discretionary appeal represents an attempt to appeal a magistrate order, this Court will occasionally transfer that application to the magistrate court with direction to send the appeal to state or superior court. See Ga. Const. of 1983, Art. VI, Sec. I, Par. VIII ("[a]ny court shall transfer to the appropriate court in the state any civil case in which it determines that jurisdiction or venue lies elsewhere"); OCGA § 5-3-4 (a) (granting superior and state courts appellate jurisdiction over final judgments of lower judicatories). Like this Court, however, the state and superior courts have appellate jurisdiction only where an appeal is filed within the time prescribed by statute. See *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 336 (715 SE2d 752) (2011) ("The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court.") (citation and punctuation omitted). Appeals in dispossessory actions must be filed within seven days of the date the judgment was

entered. See OCGA § 44-7-56 (b) (1); *Stubbs v. Local Homes*, 375 Ga. App. 513, 516 (915 SE2d 91) (2025); *Radio Sandy Springs*, 311 Ga. App. at 335-336. Here, Marquita's application is untimely because it was filed eight days after entry of the magistrate court's order.

Thus, we decline to transfer this case back to the magistrate court with direction to send the case to state or superior court. Rather, the application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __08/15/2025_____

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*